1 ALAN R. BRAYTON, ESQ., S.B. #73685
  DAVID R. DONADIO, ESQ., S.B. #154436
2 BRAYTON❖PURCELL LLP
  Attorneys at Law
3 222 Rush Landing Road
  Novato, California 94948-6169
4 (415) 898-1555
  (415) 898-1247 (Fax No.)
5
6 Attorneys for Plaintiffs
7

8              **THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11                                    CV  08      2704

12 LOIS COLLINS, etc. et al.,                              EDL

13         Plaintiffs,                )
                                      )
14 vs.                                )   CERTIFICATION OF INTERESTED
                                      )   ENTITIES OR PERSONS
15 GENERAL ELECTRIC COMPANY, et al.  )
                                      )
16         Defendants.                )

17         Pursuant to <u>Civil L.R.</u> 3-16, the undersigned certifies that as of this date, other than the

18 parties named in the Complaint, there is no such interest to report.

19

20 Dated: 5/28/08                          BRAYTON❖PURCELL LLP

21

22                                   By:

23                                        David R. Donadio
                                          Attorneys for Plaintiffs
24

25

26

27

28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555