AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LOIS COLLINS etc. et. al, Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

GENERAL ELECTRIC COMPANY, et al.
Defendants

CV 08 2704

TO:

SEE ATTACHED LIST

EDL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAY 29 '08

CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

Attachment to Summons

1
2
3  GENERAL ELECTRIC COMPANY
4
5
6  SUN SHIP, LLC
7
8
9  NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY,
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  *Lois Collins etc. et. al. v General Electric Company et. al.*
27  *; U.S. District Court, ND Calif.*
28

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\106834\FED\Attachment to Summons (Collins WD).wpd          1
Attachment to Summons

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ........................................................
..................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                 Date                                                    *Signature of Server*

                                                                         _____
                                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.