1 Daniel J. Kelly (Bar No. 145088)
Nairi Chakalian (Bar No. 212976)
2 HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
3 San Francisco, California 94105-2981
Telephone: 415.546.7500
4 Facsimile: 415.546.7505

5 Attorneys for Defendant NEWPORT NEWS
SHIPBUILDING AND DRY DOCK COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 LOIS COLLINS, as Wrongful Death Heir,  )  Case No. CV 08-2704 EDL
   and as Successor-in-Interest to LESTER  )
12 COLLINS, Deceased; and DONALD         )  NOTICE OF PENDENCY OF OTHER
   COLLINS, STEPHEN COLLINS,             )  ACTION OR PROCEEDING
13 THOMAS COLLINS, DOUGLAS               )
   COLLINS, and KAREN LEGGE, as Legal    )  [Civil Local Rule 3-13]
14 Heirs of LESTER COLLINS, Deceased,    )
                                          )
15          Plaintiffs,                   )
                                          )
16     vs.                                )
                                          )
17 GENERAL ELECTRIC COMPANY, SUN )
   SHIP, LLC, NEWPORT NEWS              )
18 SHIPBUILDING AND DRY DOCK            )
   COMPANY,                              )
19                                        )
            Defendants.                   )
20 _____)

21     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     Defendant Newport News Shipbuilding and Dry Dock Company ("Newport News")

23 hereby notifies the Court and all parties pursuant to Civil Local Rule 3-13 of the pendency

24 of the following other action involving all or a material part of the same subject matter as

25 this asbestos personal injury action:

26     1.     On March 27, 2008, Lois Collins, Donald Collins, Stephen Collins, Thomas

27 Collins, Douglas Collins, and Karen Legge filed an action against numerous defendants

28 entitled *Lois Collins, et al. v. Asbestos Defendants*, San Francisco Superior Court Case No.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000185
3410377.1

1

Case No.  CV 08-2704 EDL
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

1  CGC-08-274596.  The state court action seeks recovery for wrongful death allegedly

2  arising out of Lester Collins' exposure to asbestos.  A copy of the complaint is attached.

3      2.      The state court action is currently pending in the San Francisco Superior

4  Court located in San Francisco, California.  A copy of the electronic docket is also

5  attached.

6      3.      The state court action seeks recovery for the same injuries and damages

7  alleged in this action.  Because this action involves claims against Newport News that are

8  subject to removal pursuant to 28 U.S.C. §§ 1442 and 1446, under which the United States

9  District Court has subject matter jurisdiction to adjudicate claims with respect to persons

10  acting under an officer or agency of the United States, this case should not be coordinated

11  with the state court action.  As requested in Newport News' notice of tag-along action, this

12  case should be transferred to the United States District Court for the Eastern District of

13  Pennsylvania pursuant to 28 U.S.C. § 1407.

14  Dated: June 30, 2008                              HAIGHT BROWN & BONESTEEL LLP

15

16                                          By: _____

17                                              Daniel J. Kelly
                                               Nairi Chakalian
18                                              Attorneys for Defendant
                                               NEWPORT NEWS SHIPBUILDING
                                               AND DRY DOCK COMPANY
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000185
3410377.1

2

Case No.  CV 08-2704 EDL
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✤PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato CA 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

SUMMONS ISSUED
**FILED**
San Francisco County Superior Court

MAR 27 2008

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

P. NATT

CASE MANAGEMENT CONFERENCE SET

APR 1 6 2009  -1ᴾᴹPM

DEPARTMENT 206

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF SAN FRANCISCO

LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased; and DONALD COLLINS, STEPHEN COLLINS, THOMAS COLLINS, DOUGLAS COLLINS, and KAREN LEGGE, as Legal Heirs of LESTER COLLINS, Deceased,

Plaintiffs,

vs.

ASBESTOS DEFENDANTS (B✤P) As Reflected on Exhibits B, B-1, C, H, I; and DOES 1-8500; and SEE ATTACHED LIST.

ASBESTOS
No.

**CGC-08-274596**

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

THIS CASE IS SUBJECT TO MANDATORY ELECTRONIC FILING PURSUANT TO AMENDED G.O. 158

1.     LESTER COLLINS (hereinafter and in the Complaint referred to as "decedent") died on June 21, 2007.

2.     LOIS COLLINS is the Successor-in-Interest to decedent.

3.     The heirs-at-law of decedent and their relationships to the decedent are:

| NAME | AGE | RELATIONSHIP TO DECEDENT |
|---|---|---|
| LOIS COLLINS | 76 Years | Spouse |
| DONALD COLLINS | Over 18 | Son |
| STEPHEN COLLINS | Over 18 | Son |
| THOMAS COLLINS | Over 18 | Son |
| DOUGLAS COLLINS | Over 18 | Son |
| KAREN LEGGE | Over 18 | Daughter |

*(left margin, vertical):* BRAYTON✤PURCELL LLP ATTORNEYS AT LAW 222 RUSH LANDING ROAD P O BOX 6169 NOVATO, CALIFORNIA 94948-6169 (415) 898-1555

K:\Injured\106836\comp-wdsrv2.wpd

1
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1

2

3  ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
   BUCYRUS INTERNATIONAL, INC.
4  ASBESTOS CORPORATION LIMITED
   GENERAL DYNAMICS CORPORATION
5  CROWN CORK & SEAL COMPANY, INC.
   C.C. MOORE & CO. ENGINEERS
6  THOMAS DEE ENGINEERING CO., INC.
7  FOSTER WHEELER LLC
   GARLOCK SEALING TECHNOLOGIES, LLC
8  OWENS-ILLINOIS, INC.
   PARKER-HANNIFIN CORPORATION
9  PLANT INSULATION COMPANY
   RAPID-AMERICAN CORPORATION
10 UNIROYAL HOLDING, INC.
   VIACOM, INC.
11 WESTERN MacARTHUR COMPANY
   MacARTHUR COMPANY
12 WESTERN ASBESTOS COMPANY
   IMO INDUSTRIES, INC.
13 C.H. MURPHY/CLARK-ULLMAN, INC.
   HOPEMAN BROTHERS, INC.
14 E.J. BARTELLS COMPANY
   J.T. THORPE, INC.
15 J.T. THORPE & SON, INC.
   METROPOLITAN LIFE INSURANCE COMPANY
16 PNEUMO ABEX LLC
   GATKE CORPORATION
17 AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
18 UNDERWRITERS LABORATORIES, INC.
   and DOES 1-8500,
19
       Defendants.
20

21

22

23

24

25

26

27

28 Lois Collins, et al. vs. Asbestos Defendants (B❖P)
   San Francisco Superior Court

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA  94948-6169
(415) 898-1555

1    4.    Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil
2   Procedure as decedent's legal heirs.

3    5.    At all times prior to his death, decedent was a faithful and dutiful spouse to
4   plaintiff LOIS COLLINS and parent to plaintiff children.

5    6.    Plaintiffs' claims are as set forth in ©Brayton❖Purcell Master Complaint for
6   [Survival] [Loss of Consortium] Wrongful Death (hereinafter "Master Complaint") - Asbestos
7   No. 828684 filed March 3, 2003, in San Francisco Superior Court.  A copy of the Master
8   Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and
9   designated portions of the Master Complaint are incorporated by reference herein pursuant to the
10   authority conferred by General Order No. 55. Plaintiffs' claims are as set forth in said Master
11   Complaint against defendants herein as follows:

12   ///
13   ///
14   ///
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

**DEFENDANTS* ON EXHIBITS:**

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ☒ | ☒ | | □ | | | □ | | | | □ | □ | □ |
| Second (Products Liability-Survival) | ☒ | ☒ | | □ | | | □ | | | | □ | □ | □ |
| Third (False Representation) | ☒ | ☒ | | | | | □ | | | | | | |
| Fourth (Loss of Consortium) | | | | | | | | | | | | | |
| Fifth (Negligence-Wrongful Death) | ☒ | ☒ | | □ | | | □ | | | | □ | □ | □ |
| Sixth (Products Liability-Wrongful Death) | ☒ | ☒ | ☒ | □ | | | □ | | | | □ | □ | □ |
| Seventh (Premises Owner/Contractor Liability) | | | ☒ | ☒ | | | | | | | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act],Maintenance and Cure) | | | | □ | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | □ | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | □ | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | □ | □ | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | □ | □ | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | □ | | | | | |
| Nineteenth (Fraud: Deceit/Negligent Misrepresentation) | | | | | | | | ☒ | | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | | ☒ | | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | ☒ | ☒ | | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | □ | | | |

*and their alternat₂ entities as set forth in the Master Complaint or on any Exhibit.

7.    Decedent's asbestos-related injury, date of diagnosis, employment status, and history of exposure to asbestos are as stated on Exhibit A.

8.    Plaintiffs' claims against defendant VIACOM, INC. (successor by merger to CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC CORPORATION) exclude military and federal government jobsites.

Dated: 3-17-08                          BRAYTON❖PURCELL LLP


By:  _____
     David R. Donadio
     Attorneys for Plaintiffs


K:\injured\10082\comp-m-har.v2.wpd                                4
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT A

## EXHIBIT A

Decedent's exposure to asbestos and asbestos-containing products occurred at various locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| US Navy | USS MIDWAY (CV-41) USS FRANKLIN D. ROOSEVELT (CV-42) USS PASSUMPSIC (AO-107) | Fireman | Approx. 1950 - 1955 |

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties, asbestosis, lung and/or other cancer, mesothelioma, and/or other lung damage. Decedent was diagnosed with mesothelioma on or about 2006.

Decedent retired from his last place of employment at regular retirement age. He had therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

EXHIBIT A

# EXHIBIT B

1

<u>EXHIBIT B</u>

2

<u>DEFENDANTS</u>

3  ALLIS-CHALMERS CORPORATION PRODUCT          PARKER-HANNIFIN CORPORATION
       LIABILITY TRUST                                           PLANT INSULATION COMPANY
4  BUCYRUS INTERNATIONAL, INC.                   RAPID-AMERICAN CORPORATION
    ASBESTOS CORPORATION LIMITED                  UNIROYAL HOLDING, INC.
5  GENERAL DYNAMICS CORPORATION                  VIACOM, INC.
    CROWN CORK & SEAL COMPANY, INC.               WESTERN MacARTHUR COMPANY
6  C.C. MOORE & CO. ENGINEERS                     MacARTHUR COMPANY
    THOMAS DEE ENGINEERING CO., INC.              WESTERN ASBESTOS COMPANY
7  FOSTER WHEELER LLC                             IMO INDUSTRIES, INC.
    GARLOCK SEALING TECHNOLOGIES, LLC             C.H. MURPHY/CLARK-ULLMAN, INC.
8  OWENS-ILLINOIS, INC.                           DOES 1-800

9                                           <u>ALTERNATE ENTITY</u>

10 BUCYRUS INTERNATIONAL, INC.              BUCYRUS-ERIE
                                            MARION POWER SHOVEL COMPANY, THE
11                                          OSGOOD COMPANY
                                            GENERAL EXCAVATOR COMPANY
12
    ASBESTOS CORPORATION LIMITED            GENERAL DYNAMICS CORPORATION
13
    GENERAL DYNAMICS CORPORATION            CONVAIR
14                                          VULTEE AIRCRAFT INC.
                                            CONSOLIDATED VULTEE AIRCRAFT CORPORATION
15                                          ASBESTOS CORPORATION LIMITED

16 CROWN CORK & SEAL COMPANY,               MUNDET CORK COMPANY
       INC.
17
    FOSTER WHEELER LLC                      FOSTER WHEELER CORPORATION
18
    GARLOCK SEALING                         GARLOCK, INC.
19     TECHNOLOGIES, LLC                    COLTEC INDUSTRIES, INC.
                                            FAIRBANKS-MORSE
20                                          FAIRBANKS MORSE ENGINES
                                            BELMONT PACKING & RUBBER CO.
21                                          GARLOCK PACKING CO.
                                            U.S. GASKET CO.
22                                          GOODRICH CORPORATION
                                            ENPRO INDUSTRIES, INC.
23
    PARKER-HANNIFIN CORPORATION             SACOMA-SIERRA, INC.
24                                          SACOMA MANUFACTURING COMPANY
                                            E.I.S. AUTOMOTIVE CORPORATION
25                                          CONDREN CORPORATION, THE
                                            PARKER SEAL COMPANY
26
    UNIROYAL HOLDING, INC.                  UNIROYAL, INC.
27

28 ///                                                                    EXHIBIT B

K:\injured\10684\comp-mduc2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

1

EXHIBIT B (cont'd.)

2

ALTERNATE ENTITY

3   VIACOM, INC.                    CBS CORPORATION
                                    WESTINGHOUSE ELECTRIC CORPORATION
4                                    WESTINGHOUSE ELECTRIC AND
                                      MANUFACTURING COMPANY
5                                   B.F. STURTEVANT
                                    KPIX TELEVISION STATION
6                                   PARAMOUNT COMMUNICATIONS, INC.

7   WESTERN MacARTHUR              WESTERN ASBESTOS CO.
     COMPANY                        MAC ARTHUR COMPANY
8                                   BAY CITIES ASBESTOS COMPANY
                                    F.K. PINNEY, INC.

9
    IMO INDUSTRIES, INC.           TRANSAMERICA DELAVAL, INC.
10                                  ENTERPRISE ENGINE & MACHINERY CO.
                                    DE LAVAL STEAM TURBINE, INC.
11                                  DELAVAL STEAM TURBINE
                                    DELAVAL INDUSTRIES INC.
12                                  DE LAVAL TURBINE, INC.
                                    GENERAL METALS CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                        EXHIBIT B

# EXHIBIT B-1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B-1

DEFENDANTS

HOPEMAN BROTHERS, INC.
E.J. BARTELLS COMPANY
J.T. THORPE, INC.
J.T. THORPE & SON, INC.
THOMAS DEE ENGINEERING CO., INC.
DOES 1-800; DOES 1001-2000

J.T. THORPE & SON, INC.

ALTERNATE ENTITY

THE THORPE COMPANY
THORPE PRODUCTS CO.
J.T. THORPE NORTHWEST

EXHIBIT B-1

K:\future\810683\f-cmp-indus2.wpd

11

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT C

1

<u>EXHIBIT C</u>

2    <u>DEFENDANTS</u>

3    HOPEMAN BROTHERS, INC.                    PLANT INSULATION COMPANY
     E.J. BARTELLS COMPANY                      WESTERN MacARTHUR COMPANY
4    J.T. THORPE, INC.                          MacARTHUR COMPANY
     J.T. THORPE & SON, INC.                    WESTERN ASBESTOS COMPANY
5    THOMAS DEE ENGINEERING CO., INC.           DOES 1001-2000
     C.C. MOORE & CO. ENGINEERS
6

7    CONTRACTOR
     <u>DEFENDANTS</u>                           <u>LOCATION</u>          <u>TIME PERIOD</u>
8
     HOPEMAN BROTHERS, INC.                     Various               Various
9
     E.J. BARTELLS COMPANY                      Various               Various
10
     J.T. THORPE, INC.                          Various               Various
11
     J.T. THORPE & SON, INC.                    Various               Various
12
     THOMAS DEE ENGINEERING CO., INC.           Various               Various
13
     C.C. MOORE & CO. ENGINEERS                 Various               Various
14
     PLANT INSULATION COMPANY                   Various               Various
15
     WESTERN MacARTHUR                          Various               Various
16   COMPANY/MacARTHUR
     COMPANY/WESTERN ASBESTOS
17   COMPANY

18

19

20

21

22

23

24

25

26

27

28                                                                   EXHIBIT C

K:\Injiaral\10653-f-comp-adrs-v2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT H

EXHIBIT H

DEFENDANTS

METROPOLITAN LIFE INSURANCE COMPANY
PNEUMO ABEX LLC
BORGWARNER MORSE TEC, INC.
HONEYWELL INTERNATIONAL, INC. (successor-
    in-interest to ALLIEDSIGNAL, INC.)
THE BUDD COMPANY
DAIMLERCHRYSLER CORPORATION
DANA CORPORATION
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
BRIDGESTONE/FIRESTONE
    NORTH AMERICAN TIRE, LLC
LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.
MAREMONT CORPORATION
MORTON INTERNATIONAL, INC.
PARKER-HANNIFIN CORPORATION
STANDARD MOTOR PRODUCTS, INC.
GATKE CORPORATION
GARLOCK SEALING TECHNOLOGIES, LLC
BRASSBESTOS BRAKE LINING COMPANY
H. KRASNE MANUFACTURING COMPANY
AUTO SPECIALTIES MANUFACTURING
    COMPANY

STUART-WESTERN, INC.
RITESET MANUFACTURING COMPANY
ASBESTOS MANUFACTURING COMPANY
FIBRE & METAL PRODUCTS COMPANY
LASCO BRAKE PRODUCTS
L.J. MILEY COMPANY
ROSSENDALE-RUBOIL COMPANY
SOUTHERN FRICTION MATERIALS COMPANY
U.S. SPRING & BUMPER COMPANY
AUTO FRICTION CORPORATION
EMSCO ASBESTOS COMPANY
FORCEE MANUFACTURING CORPORATION
MOLDED INDUSTRIAL FRICTION CORPORATION
NATIONAL TRANSPORT SUPPLY, INC.
SILVER LINE PRODUCTS, INC.
STANDCO, INC.
UNIVERSAL FRICTION MATERIALS COMPANY
WHEELING BRAKE BLOCK  MANUFACTURING
    COMPANY
BELL ASBESTOS MINES LTD.
OWENS-ILLINOIS, INC.
DOES5000-8000

EXHIBIT H

K:\Injured\108814\cmp-wdsrv2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

# EXHIBIT I

1                                  __EXHIBIT I__

2   __DEFENDANTS__

3   METROPOLITAN LIFE INSURANCE COMPANY
     OWENS-ILLINOIS, INC.

4   PNEUMO ABEX LLC
     GATKE CORPORATION

5   GARLOCK SEALING TECHNOLOGIES, LLC
     AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.

6   UNDERWRITERS LABORATORIES, INC.
     DOES5000-7500

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                     EXHIBIT I

## Superior Court of California, County of San Francisco

Case Number: CGC-08-274596

Title: LOIS COLLINS et al VS. ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS et al

Cause of Action: ASBESTOS

Generated: Jun-25-2008 12:08 pm PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date Mar-27-2008    Last Date Jun-25-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence ▼    ALL FILING TYPES ▼    Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| JUN-18-2008 | SUBSTITUTION OF ATTORNEY, (TRANSACTION ID # 20311454): BLAIR LYNNE P SUBSTITUTED FOR MCNEIL, CONSTANCE AS ATTORNEY FOR PLANT INSULATION COMPANY | View | |
| JUN-02-2008 | OBJECTION TO JUDGE PRO TEM AND OR COMMISSIONER ASSIGNMENT (TRANSACTION ID # 20070511) FILED BY DEFENDANT IMO INDUSTRIES INC. | View | |
| JUN-02-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 20070511) FILED BY DEFENDANT IMO INDUSTRIES INC. | View | 335.00 |
| MAY-20-2008 | OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER HEWLETT (TRANSACTION ID # 19916314) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | |
| MAY-20-2008 | OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL (TRANSACTION ID # 19916314) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | |
| MAY-20-2008 | DEMAND FOR JURY TRIAL AND ESTIMATE OF LENGTH OF TRIAL (TRANSACTION ID # 19916314) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | |
| MAY-20-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19916314) FILED BY DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION | View | 335.00 |
| MAY-19-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19888664) FILED BY DEFENDANT J.T. THORPE & SON, INC. | View | 335.00 |
| MAY-16-2008 | OBJECTION TO HEARING BY COMMISSIONER/PRO TEM ACTING AS JUDGE / OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL (TRANSACTION ID # 19869370) FILED BY DEFENDANT FOSTER WHEELER LLC | View | |
| MAY-16-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19869370) FILED BY DEFENDANT FOSTER WHEELER LLC | View | 335.00 |
| MAY-14-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19839220) FILED BY DEFENDANT PARKER HANNIFIN CORPORATION | View | 335.00 |
| MAY-14-2008 | DEFENDANT PARKER HANNIFIN CORPORATIONS OBJECTION TO ASSIGNMENT OF A COMMISSIONER AT TRIAL (TRANSACTION ID # 19839220) FILED BY DEFENDANT PARKER HANNIFIN CORPORATION | View | |

| Date | Description | | |
|---|---|---|---|
| MAY-14-2008 | DEMAND FOR JURY (TRANSACTION ID # 19839220) FILED BY DEFENDANT PARKER HANNIFIN CORPORATION | View | |
| MAY-14-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19838671) FILED BY DEFENDANT ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST | View | 335.00 |
| MAY-14-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19832820) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | 335.00 |
| MAY-14-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19821325) FILED BY DEFENDANT THOMAS DEE ENGINEERING COMPANY | View | 335.00 |
| APR-28-2008 | DEF. GENERAL DYNAMICS CORPORATIONS OBJECTION TO STIPULATION OF HEARING BY COMMISSIONER. (TRANSACTION ID # 19589325) FILED BY DEFENDANT GENERAL DYNAMICS CORPORATION | View | |
| APR-28-2008 | DEMAND FOR JURY (TRANSACTION ID # 19589325) FILED BY DEFENDANT GENERAL DYNAMICS CORPORATION | View | |
| APR-28-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 19589325) FILED BY DEFENDANT GENERAL DYNAMICS CORPORATION | View | 335.00 |
| APR-01-2008 | DECLARATION OF LOIS COLLINS UNDER C.C.P. ?? 377.32 (TRANSACTION ID # 19197579) FILED BY PLAINTIFF COLLINS, LOIS ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO LESTER COLLINS, DECEASED COLLINS, DONALD , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, STEPHEN , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, THOMAS , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, DOUGLAS , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED LEGGE, KAREN , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED | View | |
| MAR-27-2008 | PRELIMINARY FACT SHEET FILED BY PLAINTIFF COLLINS, LOIS ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO LESTER COLLINS, DECEASED COLLINS, DONALD , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, STEPHEN , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, THOMAS , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, DOUGLAS , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED LEGGE, KAREN , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED | | |
| MAR-27-2008 | NOTICE TO PLAINTIFF | View | |
| MAR-27-2008 | ASBESTOS, COMPLAINT FILED BY PLAINTIFF COLLINS, LOIS ,AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO LESTER COLLINS, DECEASED COLLINS, DONALD , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, STEPHEN , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, THOMAS , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED COLLINS, DOUGLAS , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED LEGGE, KAREN , AS LEGAL HEIRS OF LESTER COLLINS, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (B/P)AS REFLECTED ON EXHIBITS B, B-1, C, H, I DOES 1-8500 ALL ASBESTOS DEFENDANTS SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR APR-16-2009 | View | 335.00 |