Daniel J. Kelly (Bar No. 145088)
Nairi Chakalian (Bar No. 212976)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased; and DONALD COLLINS, STEPHEN COLLINS, THOMAS COLLINS, DOUGLAS COLLINS, and KAREN LEGGE, as Legal Heirs of LESTER COLLINS, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, SUN SHIP, LLC, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY,<br><br>Defendants. | Case No. CV 08-2704 EDL<br><br>NOTICE OF TAG-ALONG ACTION<br><br>[MDL Docket No. 875] |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation in *In re Asbestos Products Liability Litigation (VI)*, MDL Docket No. 875, entered an order transferring all asbestos cases pending in federal court to the United States District Court for the Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions"; i.e., those actions involving common

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

NG06-0000185
3410376.1

1

Case No. CV 08-2704 EDL
NOTICE OF TAG-ALONG ACTION

1 questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show
2 Cause.
3    MDL Rule 13(e) provides as follows:
4 Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify
5 the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.
6
7    The undersigned hereby notifies this Court that this case is a potential "tag-along
8 action" which may be subject to transfer to the Eastern District of Pennsylvania. The
9 Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule
10 12(a), or (2) file an Order to Show Cause why the action should not be transferred pursuant
11 to MDL Rule 13(b).

12 Dated: June 30, 2008                                HAIGHT BROWN & BONESTEEL LLP

By: _____
Daniel J. Kelly
Nairi Chakalian
Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000185
3410376.1

2

Case No. CV 08-2704 EDL
NOTICE OF TAG-ALONG ACTION