Daniel J. Kelly (Bar No. 145088)
Nairi Chakalian (Bar No. 212976)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | Case No. CV 08-2704 EDL <br><br> CERTIFICATE OF MAILING |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000185
3410379.1

1

Case No. CV 08-2704 EDL
CERTIFICATE OF MAILING

## CERTIFICATE OF MAILING

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981.

On June 30, 2008, I served on interested parties in said action the within:

**ANSWER OF NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY TO COMPLAINT; DEMAND FOR JURY TRIAL**

**CERTIFICATION OF INTERESTED ENTITIES**

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

**NOTICE OF TAG-ALONG ACTION**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

David R. Donadio, Esq.
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA   94945

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.,  Room G-255
Washington, D.C.  20002-8004

I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

Executed on June 30, 2008, at San Francisco, California.

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

_____
Jesse Ybarra
(Type or print name)

_____
(Signature)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000185
3410379.1

2

Case No.  CV 08-2704 EDL
CERTIFICATE OF MAILING