1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHARLES T. SHELDON  Bar No. 155598
2  DEREK S. JOHNSON (Bar No. 220988)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  GENERAL ELECTRIC COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LOIS COLLINS, et al.,          | CASE NO. CV 08-2704 EDL
12 |     Plaintiffs,                 | **NOTICE OF TAG-ALONG ACTION**
13 |     v.                          | Multi-District Rule 7.5(e)
14 | GENERAL ELECTRIC COMPANY, et al.,|
15 |     Defendants.                 |

16

17     **PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District

18 Litigation entered an order transferring all asbestos pending in the federal courts to the United

19 States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

20 proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order").  The MDL Transfer Order

21 also applies to "tag-along actions," which refers to a civil action pending in a district court and

22 involving common questions of fact with actions previously transferred under Section 1407 by

23 the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show

24 Cause. See Multi-District Litigation Rules ("MDL Rules), Rule 11.

25     Pursuant to MDL Rule 7.5(c),

26     Any party or counsel in actions previously transferred under Section 1407 or
       under consideration by the Panel for transfer under section 1407 shall notify the
27     Clerk of the Panel of any potential "tag-along" actions" in which that party is also
       named or in which that counsel appears.
28

1  Defendant GENERAL ELECTRIC COMPANY hereby notifies the Court that this case is
2  a potential "tag-along action" which may be subject to transfer to the United States District
3  Court, Eastern District of Pennsylvania. GENERAL ELECTRIC COMPANY has forwarded a
4  copy of this notice to the Clerk of the MDL Panel. The Clerk of the Panel may either (1) enter a
5  conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause
6  why this action should not be transferred, pursuant to MDL Rule 7.5(b).

7
8  DATED: June 30, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP
9
10
11              By:       /S/   Derek S. Johnson
                     Derek S. Johnson
                     Attorneys for Defendant
12                   GENERAL ELECTRIC COMPANY