ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS COLLINS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, *et al.*, <br><br> Defendants. | No. C 08-2704-EDL <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

////
////
////
////
////
////

K:\Injured\106834\FED\Consent Magistrate (Collins).wpd     1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1 | Appeal from the judgment shall be taken directly to the United States Court of Appeals
2 | for the Ninth Circuit.

3 | Dated: July 8, 2008                              BRAYTON❖PURCELL LLP

4 |                                                                 /s/ David R. Donadio
                                                         By: _____
5 |                                                                 David R. Donadio
                                                                    Attorneys for Plaintiffs
6 |
    Dated: July 8, 2008                              SEDGWICK, DETERT, MORAN &
7 |                                                  ARNOLD, LLP

8 |                                                                 /s/ Derek S. Johnson

9 |                                                         By: _____
                                                                    Derek S. Johnson
10|                                                                 Attorneys for Defendant
                                                                    GENERAL ELECTRIC COMPANY
11|

12| Dated: July 8, 2008                              HAIGHT BROWN AND BONESTEEL LLP

13|
                                                                    /s/  Daniel J. Kelly
14|
                                                         By: _____
15|                                                                 Daniel J. Kelly
                                                                    Attorneys for Defendant
16|                                                                 Newport News Shipbuilding and
                                                                    Dry Dock Company
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|

K:\Injured\106834\FED\Consent Magistrate (Collins).wpd            2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE