AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Sun Ship LLC</u>,
by:                                                                                                   Name of Defendant Served

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        <u>Karen Jones   Ct Corporation   116 Pine St</u>; or
        Name of Agent and Address     Hbg PA

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

\* Also served with Summons & COmplaint were the Order Setting Initial Case Management Conference and
ADR Deadlines, ECF Brochure, Welcome of the U.S. District Court and other papers
provided by clerk upon filing.

Date:    6-11-08

                                                              *Richard Kreitzer*
                                                              Server's signature

                                                              RICHARD KREITZER
                                                              Printed name and title
                                                           Process Server

                                                           **Associated Services**
                                                           **P.O. Box 5437**
                                                           **Harrisburg, PA 17110**
                                                           Server's address

---

<u>Collins</u> vs. <u>GE et.A.</u>; U.S. District Court, Northern District of California
Return ASAP to Montie Derby, Brayton Purcell LLP, 222 Rush Landing Road, Novato, CA 94948

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

LOIS COLLINS etc. et. al, Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

GENERAL ELECTRIC COMPANY, et al.
Defendants

CV 08 2704 EDL

TO:

SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

MAY 29 2008

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

1

2

3  GENERAL ELECTRIC COMPANY

4

5

6  SUN SHIP, LLC

7

8

9  NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY,

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  *Lois Collins etc. et. al. v General Electric Company et. al.*
27  *; U.S. District Court, ND Calif.*

28