ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS COLLINS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>    Defendants. | No. C 08-2704-EDL<br><br>JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [~~PROPOSED~~] ORDER TO STAY; [~~PROPOSED ALTERNATIVE~~] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed May 29, 2008 (Document 2) , for the following good cause:

On June 30, 2008, Defendants NEWPORT NEWS SHIPBULDING AND DRY DOCK CO. and GENERAL ELECTRIC COMPANY filed Notices to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District (Documents 8 and 11, respectively.) Defendant GENERAL ELECTRIC COMPANY has faxed counsel copy of a cover letter, a copy of which was filed with the Court on June 30, 2008 (Document 12), showing that this notice was mailed to the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to

28 U.S.C. § 1407; said notice to the JPML from counsel being necessary to initiate the transfer process.

On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)).  That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875,  for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML  will transfer this matter to the Eastern District of Pennsylvania. The Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).  It is likely the dates set forth in the *Case Management Scheduling Order*  including the deadlines imposed by Federal Rules of Civil Procedure, Rule 26, will pass before the Clerk of the JPML acts.

In addition, Defendant SUN SHIP LLC has yet to file an Answer in this matter.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

For the reasons above, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Case Management Scheduling Order* and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

1  In the alternative, the parties hereby STIPULATE to and respectfully request that this
2  Court vacate and continue the dates set forth in the *Case Management Scheduling Order* pending
3  the outcome of the JPML's decision on the merits of the transfer.

4  Dated: July 8, 2008                                 BRAYTON❖PURCELL LLP

5                                                                /s/ David R. Donadio
                                                          By: _____
6                                                              David R. Donadio
                                                               Attorneys for Plaintiffs
7
   Dated: July 8, 2008                                 SEDGWICK, DETERT, MORAN &
8                                                       ARNOLD, LLP

9                                                                /s/ Derek S. Johnson

10                                                        By: _____
                                                               Derek S. Johnson
11                                                             Attorneys for Defendant
                                                               GENERAL ELECTRIC COMPANY
12

13 Dated: July 8, 2008                                  HAIGHT BROWN AND BONESTEEL LLP

14
                                                                 /s/  Daniel J. Kelly
15
                                                          By: _____
16                                                             Daniel J. Kelly
                                                               Attorneys for Defendant
17                                                             Newport News Shipbuilding and
                                                               Dry Dock Company
18
                    [PROPOSED]    **ORDER TO STAY**
19

20  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*
21  *Management Scheduling Order* dated May 29, 2008, are hereby VACATED and that this action
22  is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

23

24  Dated: _____

25                                                          _____
                                                            Elizabeth D. Laporte
26                                                          United States Magistrate Judge

27  ////

28  ////

K:\Injured\106834\FED\Stip stay or cont (Collins).wpd             3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES

1  [PROPOSED *ALTERNATIVE*]  **ORDER TO CONTINUE**

2      IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*
3  *Management Scheduling Order* dated May 29, 2008, are hereby VACATED.

4      IT IS FURTHER ORDERED that the following case management deadlines are
5  continued as follows:

6      1.    The Case Management Conference is [set for a date after October 1, 2008 to
7  wit:] October 7, 2008; at 10:00 a.m. .m., Courtroom E, 15th Floor,
8  450 Golden Gate Avenue, San Francisco, California.

9      2.    Last day to meet and confer re initial disclosures, early settlement, ADR process
10 selection, and discovery plan is 21 days before the Case Management Conference in paragraph 1,
11 above.

12     3.    Last day to file Joint ADR Certification with Stipulation to ADR process or
13 Notice of Need for ADR Phone Conference is 21 days before the Case Management Conference
14 in paragraph 1, above.

15     4.    Last day to complete initial disclosures or state objection to Rule 26(f) Report,
16 file/serve Case Management Statement and file/serve Rule 26(f) Report is 5 court days before
17 the Case Management Conference in paragraph 1, above.

18 Dated: __July 21, 2008_____

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA