JOHN R. WALLACE, State Bar No. 85709
JACKSON & WALLACE LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
E-mail: jwallace@jacksonwallace.com
Tel:   415.982.6300
Fax:  415.982.6700

Attorneys for Defendant
SUN SHIP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased; and DONALD COLLINS, STEPHEN COLLINS, THOMAS COLLINS, DOUGLAS COLLINS, and KAREN LEGGE as Legal Heir of LESTER COLLINS, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, SUN SHIP, LLC., NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, <br><br> Defendants. | Case No.  CV 08-2704 EDL <br><br> **STIPULATION RE: DEFENDANT SUN SHIP, INC.'S EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

It is hereby stipulated by counsel for the Plaintiffs, LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased; and DONALD COLLINS, STEPHEN COLLINS, THOMAS COLLINS, DOUGLAS COLLINS, and KAREN LEGGE as Legal Heir of LESTER COLLINS, Deceased, and Defendant, SUN SHIP, INC., by and through their respective counsel, that Sun Ship, Inc. shall have up to and including July 31, 2008, within which to respond to the plaintiffs' herein.

1
STIPULATION RE:  DEFENDANT SUN SHIP, INC.'S EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' COMPLAINT - CV 08-2704 EDL

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | Dated: July 17, 2008 | JACKSON & WALLACE LLP |
| 3 | | |
| 4 | | By: *[signature]* |
| 5 | | JOHN R. WALLACE<br>Attorneys for Defendant<br>SUN SHIP, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated. July 22, 2008 | BRAYTON PURCELL LLP |
| 9 | | |
| 10 | | By *[signature]* |
| 11 | | DAVID DONADIO<br>Attorneys for Plaintiffs<br>LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased; and DONALD COLLINS, STEPHEN COLLINS, THOMAS COLLINS, DOUGLAS COLLINS, and KAREN LEGGE as Legal Heir of LESTER COLLINS, Deceased |

1570446

2

STIPULATION RE: DEFENDANT SUN SHIP, INC.'S EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT - CV 08-2704 EDL

JACKSON & WALLACE LLP
SAN FRANCISCO

## PROOF OF SERVICE

I, Brenda V. Biggins, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Francisco Street, 6th Floor, San Francisco, California 94133. On July 31, 2008, I served a copy of the within document(s):

> STIPULATION RE: DEFENDANT SUN SHIP, INC.'S EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

> David Donadio, Esq.
> BRAYTON PURCELL LLP
> 222 Rush Landing Road
> P. O. Box 6169
> Novato, California 94948-6169

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2008, at San Francisco, California.

_____
Brenda V. Biggins

JACKSON & WALLACE LLP
SAN FRANCISCO

1575761
PROOF OF SERVICE - STIPULATION RE DEFENDANT SUNSHIP, INC'S EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT - CV 08-2704 EDL