ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS COLLINS, *et al.*, | No. C 08-2704-EDL |
| Plaintiffs, | |
| vs. | STIPULATION RE: REMOVAL |
| GENERAL ELECTRIC COMPANY, *et al.*, | |
| Defendants. | |

The undersigned parties agree that:

1. As to the claims made relating to the death of LESTER COLLINS against SUN SHIP LLC, should an action be instituted in any State Court by the heirs and/or estate of LESTER COLLINS against SUN SHIP LLC, SUN SHIP LLC will not seek to remove, or assist or join with other parties seeking to remove such State Court action to any Federal Court for any reason at any time.

2. As to the claims made relating to any other Brayton❖Purcell LLP client against SUN SHIP LLC, should an action be instituted in any State Court by such client, or the heirs and/or estate of such client against SUN SHIP LLC, SUN SHIP LLC will not seek to remove, or assist or join with other parties seeking to remove such State Court action to any Federal Court for any reason at any time.

1      3.     This stipulation will be binding upon SUN SHIP LLC, as well as any successor corporations and/or current or future subsidiaries of SUN SHIP LLC.

     4.     In exchange for this agreement, Brayton❖Purcell LLP will seek dismissal without prejudice of the above captioned action as to SUN SHIP LLC only.

Dated: July 30, 2008                      BRAYTON❖PURCELL LLP

                                         /s/ David R. Donadio

By: _____
      David R. Donadio
      Attorneys for Plaintiffs

Dated: July 31, 2008                       JACKSON & WALLACE LLP

                                         /s/ James O'Brien

By: _____
      James O'Brien
      Attorneys for Defendant
      SUN SHIP, LLC

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS COLLINS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　Defendants. | No. C 08-2704-EDL<br><br><br>STIPULATION RE: REMOVAL |

The undersigned parties agree that:

1. As to the claims made relating to the death of LESTER COLLINS against SUN SHIP LLC, should an action be instituted in any State Court by the heirs and/or estate of LESTER COLLINS against SUN SHIP LLC, SUN SHIP LLC will not seek to remove, or assist or join with other parties seeking to remove such State Court action to any Federal Court for any reason at any time.

2. As to the claims made relating to any other Brayton❖Purcell LLP client against SUN SHIP LLC, should an action be instituted in any State Court by such client, or the heirs and/or estate of such client against SUN SHIP LLC, SUN SHIP LLC will not seek to remove, or assist or join with other parties seeking to remove such State Court action to any Federal Court for any reason at any time.

3. This stipulation will be binding upon SUN SHIP LLC, as well as any successor corporations and/or current or future subsidiaries of SUN SHIP LLC.

4. In exchange for this agreement, Brayton❖Purcell LLP will seek dismissal without prejudice of the above captioned action as to SUN SHIP LLC only.

Dated: 7/31/08

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs

Dated: 7/31/08

JACKSON & WALLACE LLP

By: _____
James O'Brien
Attorneys for Defendant
SUN SHIP, LLC