1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  FRANK J. ANDERS, ESQ., S.B. #227208
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Fax No.)
6

7  Attorneys for Plaintiff

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11

12  LOIS COLLINS, *et al.*,                )   No. C 08-2704-EDL
                                           )
13              Plaintiffs,                )
                                           )   PLAINTIFFS' NOTICE OF DISMISSAL
14  vs.                                    )   OF DEFENDANT SUN SHIP, LLC,
                                           )   ONLY, WITHOUT PREJUDICE
15  GENERAL ELECTRIC COMPANY,              )
    *et al.*,                              )
16                                         )
                Defendants.                )
17                                         )

18

19       Plaintiffs hereby dismiss Defendant SUN SHIP, LLC, *only,* from the above-referenced

20  action, without prejudice.

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

Each party to bear its own costs.

Dated: July 30, 2008                          BRAYTON❖PURCELL LLP

                                              /s/ David R. Donadio

                                              By: _____
                                                  David R. Donadio
                                                  Attorneys for Plaintiffs

Dated: July 31, 2008                          JACKSON & WALLACE LLP

                                              /s/ James O'Brien

                                              By: _____
                                                  James O'Brien
                                                  Attorneys for Defendant
                                                  SUN SHIP, LLC

Dated: July 30, 2008                          SEDGWICK, DETERT, MORAN &
                                                ARNOLD, LLP

                                               /s/ Derek S. Johnson

                                              By: _____
                                                  Derek S. Johnson
                                                  Attorneys for Defendant
                                                  GENERAL ELECTRIC COMPANY

Dated: August 1, 2008                         HAIGHT BROWN AND BONESTEEL LLP

                                              /s/ Daniel J. Kelly

                                              By: _____
                                                  Daniel J. Kelly
                                                  Attorneys for Defendant
                                                  Newport News Shipbuilding and
                                                  Dry Dock Company

IT IS SO ORDERED:


_____
Elizabeth D. Laporte
United States Magistrate Judge

K:\Injured\106834\FED\Stip dwop SSHLLC only (fed).wpd          2
PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT SUN SHIP, LLC, ONLY, WITHOUT PREJUDICE – C 08-2704-EDL