

Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

C 08-2704 EDL

MDL No. 875

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-312)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,141 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: _____
TEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-312 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-3995 | Robert Thomas Schott, et al. v. CBS Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| ✓ CAN 3 08-2704 | Lois Collins, et al. v. General Electric Co., et al. |
| **CONNECTICUT** | |
| CT 3 08-938 | William Barlow, et al. v. General Electric Co., et al. |
| **DISTRICT OF COLUMBIA** | |
| ~~DC 1 08-967~~ | ~~Armando A. Sammartino, et al. v. AC& R Insulation Co., Inc., et al.~~ **OPPOSED 8/5/08** |
| **DELAWARE** | |
| ~~DE 1 08-353~~ | ~~Frederick Seitz, et al. v. Adel Wiggins Group, et al.~~ **OPPOSED 8/6/08** |
| **ILLINOIS NORTHERN** | |
| ILN 1 08-2975 | Charlotte Kruse, etc. v. Anaconda Wire and Cable, et al. |
| **LOUISIANA MIDDLE** | |
| ~~LAM 3 08-74~~ | ~~Michael T. Hackler v. P&O Ports Louisiana, Inc., et al.~~ **OPPOSED 8/6/08** |
| LAM 3 08-84 | Leatha Kluka v. ANCO Industries, Inc., et al. |
| LAM 3 08-326 | Keith A. Hornbeck, et al. v. Northrop Grumman Ship Systems, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-1170 | Helen G. Varnadore v. Crane Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-382 | Michael Leroy Leonard v. Anchor Packing Co., et al. |
| NCM 1 08-404 | Virginia Earnhardt Ritchie v. Aqua-Chem, Inc., et al. |
| NCM 1 08-410 | Everette L. Allman, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-426 | Jean Freeman Edwards, etc. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-427 | Willard A. Brodie, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-428 | Roy C. Talbott, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-429 | John Franklin Garmon v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 08-238 | James Wilson Earnhardt v. Aqua-Chem, Inc., et al. |
| NCW 1 08-239 | James Robert Elders, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-242 | Gregory Alan Hamm, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-243 | Benny T. Harkey, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-244 | Barry Steven Hinson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-245 | Aloysius J. Krieger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-246 | George F. Leeper, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-312 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCW 1 08-247 | Randall W. Michael, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-248 | Michael David Moore, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-249 | William Earl Moore, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-250 | Jerry Paul Piercy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-251 | Randal Franklin Shelton v. Aqua-Chem, Inc., et al. |
| NCW 1 08-253 | James Ervin Stancil, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-254 | Gary Lynn Thomas, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-257 | Donna Norville, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-258 | Jerry Cecil Brown, et al. v. Aqua-Chem, Inc., et a. |
| NCW 1 08-259 | Jerry Dean Dalton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-260 | Larry R. Douthit, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-261 | Lawton Dayle Holland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-263 | Thomas Jesse Holland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-264 | Billy Eugene Lovelace, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-265 | James Junior Howard v. Aqua-Chem, Inc., et al. |
| NCW 1 08-266 | Donald Edward Sellers v. Aqua-Chem, Inc., et al. |
| NCW 1 08-267 | Gary Lee Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-270 | Clyde Davidson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-271 | James Bright, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-272 | Dennis C. Harmon, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-273 | Charles J. Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-275 | John W. Carpenter, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-276 | Joseph Woodrow Koone v. Aqua-Chem, Inc., et al. |
| NCW 1 08-277 | Monty P. Welch, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-278 | Charles Y. Wilkinson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-279 | Johnny Moore Black v. Aqua-Chem, Inc., et al. |
| NCW 1 08-280 | Winford Giles Clayton, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-281 | Jimmy Lee Colvin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-282 | Ray Von Correll, et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 08-2211 | Litha Haynes, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 08-2307 | Leslie G. Speir, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 08-2383 | Michael Trapani, et al. v. A.W. Chesteron Co., et al. |
| **NEW YORK NORTHERN** | |
| ~~NYN 1 08-545~~ | ~~Richard Simpson v. AWC 1997 Corp., et al.~~ VACATED 8/1/08 |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-862 | Anthony J. Simini, et al. v. A.O. Smith Water Products Co., et al. |
| ~~NYS 1 08-5491~~ | ~~Ernesto Miranda, et al. v. Northrop Grumman Corp., et al.~~ OPPOSED 8/5/08 |
| **OHIO SOUTHERN** | |
| OHS 1 06-722 | Gail W. Durham, etc. v. Rapid American Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 0 08-2104 | Randall C. Covington, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2105 | Joan McCoy, etc. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2106 | Dennis R. Morgan, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2109 | John Clawson Ramsey v. Aqua-Chem, Inc., et al. |
| SC 0 08-2239 | James A. Rollins, Jr., et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-312 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| SC 0 08-2316 | Bobby Gene Allen, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2458 | James T. Johnson, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2460 | John Robert Odom, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2462 | Willie Hue Starr, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2470 | Steven F. Stewart, et al. v. Aqua-Chem, Inc, et al. |
| ~~SC 3 08-2343~~ | ~~John W. Vawter, et al. v. Buffalo Pumps, Inc., et al.~~ **OPPOSED 8/6/08** |
| ~~SC 3 08-2409~~ | ~~Jerry T. Hickman, et al. v. Buffalo Pumps, Inc., et al.~~ **OPPOSED 8/6/08** |
| SC 3 08-2426 | John W. Vawter, et al. v. Alfa Laval, Inc., et al. |
| SC 7 08-2108 | Lee Homer Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-2244 | Boyce Lamar Wilson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2237 | Freddie Alton Ball, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2238 | Michael Charles Rogers, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2240 | Donnie Ray Shirley, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2305 | Lacy Gene Locklear, et al. v. Aqua-Chem, Inc. |
| SC 8 08-2307 | Carl Jackson Gibby, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-2310 | Larry Carroll Marcengill v. Aqua-Chem, Inc., et al. |
| SC 8 08-2314 | Alton M. Murphy v. Aqua-Chem, Inc., et al. |
| SC 8 08-2315 | James Ray Wald, et al. v. Aqua-Chem, Inc., et al. |

TEXAS SOUTHERN
TXS 4 08-1303           Jose E. Apodaca v. BNSF Railway Co.

VIRGINIA EASTERN
~~VAE 3 08-374~~           ~~Sandra Brunson, etc. v. Alfa Laval, Inc., et al.~~ **OPPOSED 8/6/08**