**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

August 19, 2008

United States District Court
Eastern District of Pennsylvania
Office of the Clerk
United States Court House
601 Market Stree
Philadelphia, PA 19106-1797

**RE: Lois Collins, et al. -v- General Electric Corp., et al., Case Number C-08-2704-EDL
In re Asbestos Product Liability Litigation (No. VI), MDL No. 875**

Dear Clerk,

    Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

        ☐    Certified copy of docket entries.

        ☐    Certified copy of Transferral Order.

        ☐    Original case file documents.

        X    Please access the electronic case file for all the pleadings you may need.

        Sincerely,
        RICHARD W. WIEKING, Clerk


        by:  Thelma Nudo
             Deputy Clerk


Enclosures
Copies to counsel of                           record