ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS COLLINS, as Wrongful Death Heir, and as Successor-in-Interest to LESTER COLLINS, Deceased, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC CORPORATION, *et al.*,<br><br>Defendants. | Case No. 3:08-cv-02704-EDL<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Lois Collins, et al., v. General Electric Corporation, et al.*, United States District Court, Eastern District of Pennsylvania Case No. 2:09-cv-64299-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:08-cv-02704-EDL

| | | |
|---|---|---|
| 1 | Dated: August 27, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio <br> DAVID R. DONADIO, ESQ., CA S.B. #154436 <br> Email: DDonadio@braytonlaw.com |
| 6 | | Tel: (415) 898-1555 <br> Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiffs |
| 10 | Dated: 8/27/12 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 14 | | By: [signature] <br> DEREK S. JOHNSON <br> Attorneys for Defendant <br> GENERAL ELECTRIC COMPANY |
| 18 | Dated: August 29, 2012 | SO ORDERED: |
| 21 | | [signature] Elizabeth D. Laporte |
| 23 | | United States ~~District Court~~ Judge <br> Magistrate |

2
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:08-cv-02704-EDL